# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| WARREN KEITH EDWARDS, | ) |
| Plaintiff, | ) |
| v. | ) No.: 2:20-CV-140-PLR-CRW |
| LAUREL COUNTY CORRECTIONS, JAMIE MOSLEY, and EDITH HENSLEY, | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The Court is in receipt of a pro se prisoner's civil rights complaint under 42 U.S.C. § 1983 [Doc. 2], and related motion for leave to proceed *in forma pauperis* [Doc. 1].

Plaintiff's complaint is against the Laurel County Corrections Complex and Defendants in its employ, and it sets forth claims relating to Plaintiff's medical treatment at the facility. The general venue statute for federal district courts provides in relevant part, as follows:

> A civil action may be brought in—(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

28 U.S.C. § 1391(b)(1)-(3). A federal district court may transfer a civil action to any district or division where it could have been filed originally "in the interest of justice." 28 U.S.C. § 1406(a).

As set forth above, Plaintiff's complaint sets forth claims arising in the Laurel County Correctional Complex, which is a facility located within the Eastern District of Kentucky. 28

U.S.C. § 97(a).  The Court therefore concludes that the proper venue for this case is the Eastern District of Kentucky.

Accordingly, the Clerk will be **DIRECTED** to transfer this entire action to the Eastern District of Kentucky, and to close this Court's file.

**SO ORDERED.**

**ENTER:**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**